UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Mack Industries Ltd.**, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries II LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**Colony American Finance Lender LLC**, *et al.*,<br><br>Defendants. | Adversary No. 19-00576 |

## NOTICE OF APPEAL

### PART 1: IDENTIFY THE APPELLANT(S)

1. Name(s) of appellant(s): Ariane Holtschlag, as chapter 7 trustee for Mack Industries II LLC; Ariane Holtschlag, as chapter 7 trustee for Mack Industries V LLC; and Ariane Holtschlag, as chapter 7 trustee for Mack Industries VI LLC.[2]

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

[2] On November 23, 2021, Ronald R. Peterson resigned as chapter 7 trustee for these debtors, and Ariane Holtschlag was appointed as successor trustee. Although Ms.

{00215206}

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☒ Plaintiff<br>☐ Defendant<br>☐ Other (describe) _____ | ☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) _____ |

### PART 2: IDENTIFY THE SUBJECT OF THIS APPEAL.

1. Describe the judgement, order, or decree appealed from: Order Granting Defendants' Unopposed Motion for Entry of Final Judgment on Dismissed Claims (ECF No. 100).

2. State the date on which the judgment, order, or decree was entered: January 21, 2022.

### PART 3: IDENTIFY THE OTHER PARTIES TO THE APPEAL.

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

---

Holtschlag is now the plaintiff, the caption of this adversary proceeding has not yet changed.

Party: Colony American Finance Lender LLC

Attorney: Jerry L. Switzer, Jr.
Anthony C. Porcelli
Trinitee G. Green
Polsinelli PC
150 N. Riverside Plaza, Ste. 3000
Chicago, IL 60606
(312) 819-1900
jswitzer@polsinelli.com
aporcelli@polsinelli.com
tggreen@polsinelli.com

Party: CAF REO-1 LLC

Attorney: Jerry L. Switzer, Jr.
Anthony C. Porcelli
Trinitee G. Green
Polsinelli PC
150 N. Riverside Plaza, Ste. 3000
Chicago, IL 60606
(312) 819-1900
jswitzer@polsinelli.com
aporcelli@polsinelli.com
tggreen@polsinelli.com

Party: Mack LOC I LLC

Attorney: Jerry L. Switzer, Jr.
Anthony C. Porcelli
Trinitee G. Green
Polsinelli PC
150 N. Riverside Plaza, Ste. 3000
Chicago, IL 60606
(312) 819-1900
jswitzer@polsinelli.com
aporcelli@polsinelli.com
tggreen@polsinelli.com

## PART 4: OPTIONAL ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT (APPLICABLE ONLY IN CERTAIN DISTRICTS).

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the

United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

## PART 5: SIGN BELOW.

Dated: February 2, 2022    Respectfully submitted,

**Ariane Holtschlag**, as chapter 7 trustee for Mack Industries II LLC, *et al.*

By: /s/ Jeffrey K. Paulsen
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
Isaiah Fishman (6292809)
Justin Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:  (312) 878-0969
Fax:  (847) 574-8233
Email:  jpaulsen@wfactorlaw.com
   ifishman@wfactorlaw.com
   jstorer@wfactorlaw.com