UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mack Industries, Ltd., et. al., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 17-09308<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Carol A. Doyle |
| Debtor(s)<br>Ronald R. Peterson, as Chapter 7 trustee for Debtors, | ) <br> ) <br> ) | Adv. No.: 19-00576 |
| Plaintiff(s)<br>Colony American Finance Lender LLC, CAF REO-1 LLC, and Mack LOC I, LLC,<br><br>Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR ENTRY OF FINAL JUDGMENT ON DISMISSED CLAIMS**

THIS MATTER COMING TO BE HEARD UPON the Uncontested Motion for Entry of Final Judgment on Dismissed Claims Pursuant to Fed. R. Civ. P. 54(b) and Fed. R. Bankr. P. 7054(a) and Other Relief (the "Motion") of CoreVest American Finance Lender LLC f/k/a Colony American Finance Lender LLC ("CoreVest"), CAF REO-1 LLC ("CAF REO"), and Mack LOC I, LLC ("Mack LOC I") (collectively "Movants").

IT IS ORDERED that the motion is granted as follows:

The court finds that entry of final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, which applies to this adversary proceeding under Rule 7054 of the Federal Rules of Bankruptcy Procedure, is appropriate. The December 21, 2021 Dismissal Order dismissed all claims against CoreVest and CAF REO and the trustee has acknowledged that she will not seek to amend any of her claims against CoreVest or CAF REO. The Dismissal Order is, therefore, a final adjudication of all claims against those two parties. The only remaining defendant, Mack LOC I, has no assets to fund a defense of the trustee's two claims against it. The only way that the trustee could recover on any judgment entered against Mack LOC I is if the court's order dismissing the claims against CoreVest is reversed on appeal. In light of the trustee's agreement to the relief sought and for the reasons stated in the motion, there is no just reason to delay entry of final judgment in favor of CoreVest and CAF REO.

IT IS THEREFORE ORDERED THAT:

1. Final judgment is entered under the Dismissal Order dismissing Counts 1 and 2 of Plaintiffs' Second Amended Complaint against CoreVest.

2. Final judgment is entered under the Dismissal Order dismissing Count 3 of Plaintiffs' Second Amended Complaint against CoveVest, CAF REO, and Mack LOC I.

3.  The two remaining claims in the trustee's Second Amended Complaint against Mack LOC I are stayed until further order of this court pending final resolution of any appeal of the Dismissal Order and this Final Judgment.

Enter: *[signature: Carol Doyle]*

Honorable Carol A. Doyle

Dated: January 20, 2022

United States Bankruptcy Judge